**92–1380.** Sparks v. First Miami Ins. Co. *Lucas County*, No. L–91–222. *Sua sponte*, cause dismissed for want of prosecution, effective February 4, 1993.

**92–1409.** Jenkins v. Quincy Foundry. *Franklin County*, No. 91AP–238. This cause, here on appeal from the Court of Appeals for Franklin County, was considered in the manner prescribed by law. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 4, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**92–1618.** State v. Lewis. *Hamilton County*, No. C–920125. *Sua sponte*, cause dismissed for want of prosecution, effective February 4, 1993.

**92–1644.** First Fed. S. & L. Assn. v. McLoughlin. *Clark County*, No. 2889. *Sua sponte*, cause dismissed for want of prosecution, effective February 4, 1993.

**92–1657.** State v. Lorenz. *Clermont County*, No. CA91–10–086. *Sua sponte*, cause dismissed for want of prosecution, effective February 4, 1993.

**92–1714.** State v. Jones. *Summit County*, No. 15287. *Sua sponte*, cause dismissed for want of prosecution, effective February 4, 1993.

**92–1743.** State v. Ellis. *Franklin County*, No. 91AP–319. *Sua sponte*, cause dismissed for want of prosecution, effective February 4, 1993.

**92–1975.** State v. Birdsall. *Ross County*, No. 1793. *Sua sponte*, cause dismissed for want of prosecution, effective February 4, 1993.

*Wednesday, February 10, 1993*

## MERIT DOCKET

**92–2290.** State ex rel. Fields v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent, on motion to file answer instanter, and on motion to amend complaint. *Sua sponte*, cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., would deny the writ.

**92–2438.** State ex rel. Foti v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. *Sua sponte*, cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS and RESNICK, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., would deny the writ.

WRIGHT, J., would grant an alternative writ.

**92–2457.** State v. Casteel. *Hancock County*, No. 59142. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.